RECEIVED
USDC CLERK, CHARLESTON, SC
2017 MAR -8 AM 10: 17

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Demeian Pinckney Bey, | ) | Case No 2:17-cv-76-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER AND OPINION** |
| | ) | |
| Alma White, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, Demeian Pinckney Bey, proceeding *pro se* and *in forma pauperis*, filed this civil action under 42 U.S.C. § 1983 in January 2017. (Dkt. No. 1.) Plaintiff, claiming to be part of a "Moorish National Republic," alleges that Defendants violated his due process rights. (*Id.*) This matter is before the Court on the Report and Recommendation ("R. & R.") of the Magistrate Judge to summarily dismiss the Complaint without prejudice and without service of process. (Dkt. No. 12.)

No objections to the R. & R. have been filed. While this Court will conduct a *de novo* review of any portion of the R. & R. to which a specific objection is made, it appears Congress did not intend for the district court to review the Magistrate's factual and legal conclusions absent objection by any party. 28 U.S.C. § 636(b)(1); *Thomas v. Arn,* 474 U.S. 140 (1985). This Court's review of the record indicates that the R. & R. accurately analyzes the facts of this case and the applicable law. Accordingly, this Court adopts the Magistrate's R. & R. (Dkt. No. 12) as the Order of this Court. Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED** without prejudice and without service of process.

-2-

**AND IT IS SO ORDERED.**

                                       Richard Mark Gergel
                                       United States District Court Judge

March 7, 2017
Charleston, South Carolina